**Dismissed and Memorandum Opinion filed April 17, 2012.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-12-00009-CV**

_____

**CAROLYN J. PROMISEL, Appellant**

**V.**

**EQUITABLE ASCENT FINANCIAL F/K/A HILCO RECEIVABLES, L.L.C.,**
**Appellee**

---

**On Appeal from County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 992125**

---

## MEMORANDUM   OPINION

This is an appeal from a judgment signed December 15, 2011. The clerk's record was filed January 9, 2012. No reporter's record was taken . No brief was filed.

On March 6, 2012, this court issued an order stating that unless appellant submitted a brief, together with a motion reasonably explaining why the brief was late, on or before, April 5, 2012, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.   Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Christopher, and Jamison.